# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DOYLE DeWAYNE FRYE
ADC # 115393                                                          PLAINTIFF

v.                  No. 5:14-cv-15-DPM-JTR

RAY HOBBS                                                     DEFENDANT

## ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b)(1983 addition to Advisory Committee Notes). Motion for default judgment, № 8, denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 June 2014