IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOYLE DeWAYNE FRYE
ADC #115393                                                              PETITIONER

v.                          No. 5:14-cv-15-DPM-JTR

RAY HOBBS                                                                RESPONDENT

## ORDER

After *de novo* review, the Court adopts Judge Ray's recommendation. № 15; FED. R. CIV. P. 72(b)(3). Frye's objections, № 16, are overruled. Frye's claims are time-barred. A certificate of appealability will not issue because Frye hasn't made a substantial showing that the Constitution was violated in his case. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2014