IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOYLE DeWAYNE FRYE
ADC #115393                                                            PETITIONER

v.                              No. 5:14-cv-15-DPM

RAY HOBBS                                                              RESPONDENT

JUDGMENT

Frye's petition for writ of habeas corpus is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2014